# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON ELLIS MILBURY, A/K/A JASON MULBURY,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 78042

FILED

FEB 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on December 12, 2017. Appellant did not file the notice of appeal, however, until January 28, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-08646

cc: Chief Judge, The Eighth Judicial District Court
Eighth Judicial District Court, Dept. 9
Eighth Judicial District Court, Dept. 18
Jason Ellis Milbury
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk